IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Jo Ann T. Smith | : | Case No.: 16-18381 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

21-001741_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No.: 16-18381 |
| Jo Ann T. Smith : | Chapter 13 |
| : | Judge Magdeline D. Coleman |
| Debtor(s) : | * * * * * * * * * * * * * * * * * * |
| : | |
| Wells Fargo Bank, N.A. : | Related Document # |
| Movant, : | |
| : | |
| vs : | |
| : | |
| Jo Ann T. Smith : | |
| : | |
| William C. Miller : | |
| Respondents. : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Patricia M. Mayer, Attorney for Jo Ann T. Smith, 301 Oxford Valley Road, Suite 203 B, Yardley, PA 19067, pmayer.esq@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 11, 2021:

Jo Ann T. Smith, 326 Tall Meadow Lane, Morrisville, PA 19067

Jo Ann T. Smith, 326 Tall Meadow Lane, Yardley, PA 19067

DATE: September 11, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC

21-001741_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

21-001741_PS