# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18381-MDC

JO ANN T. SMITH

326 TALL MEADOW LANE

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JO ANN T. SMITH

    326 TALL MEADOW LANE

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    HOWARD GERSHMAN
    GERSHMAN LAW OFFICES PC
    610 YORK RD, STE 200
    JENKINTOWN, PA 19422-

Date: 10/18/2021

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee