UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JO ANN SMITH

No. 16-18381 MDC
Chapter 13

DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS [DOC. 70]

Debtor, Jo Ann Smith, proposes making additional payments and arrangements so that the Chapter 13 Plan should be current, subject to a payment agreement or modified prior to any final hearing in this matter.

October 27, 2021

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120
howard@gershman-law.com

Service upon:

Kenneth E. West, Trustee
P.O. Box 1229
Philadelphia, PA 19105