UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JO ANN T. SMITH

CHAPTER 13
NO. 16-18381 MDC

## WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR

To the Clerk:

Please note my WITHDRAWAL as counsel for Debtor, Jo Ann Smith.

October 28, 2021

GERSHMAN LAW OFFICES PC

/s/ Howard Gershman

Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
Tel: 215.886.1120
howard@gershman-law.com

To the Clerk:

Kindly enter my APPEARANCE as counsel for Debtor, Jo Ann Smith.

YOUNG, MARR & ASSOCIATES

Paul H. Young, Esquire
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
215.639.5297
Fax  215.639.1344
Support @ymalaw.com