**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 16-18381-MDC

JO ANN T. SMITH

326 TALL MEADOW LANE

MORRISVILLE, PA 19067

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JO ANN T. SMITH

    326 TALL MEADOW LANE

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                            /S/ Kenneth E. West

Date: 2/1/2023                              _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee