**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                         Chapter 13

                         Bankruptcy No. 16-18381-MDC

JO ANN T. SMITH

326 TALL MEADOW LANE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JO ANN T. SMITH

    326 TALL MEADOW LANE

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                        /S/ Kenneth E. West

Date: 10/17/2023                        _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee