# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   JO ANN T. SMITH | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16-18381 |

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtor, do hereby certify the following:

1. I served by facsimile and/or first-class mail on **June 4, 2024**, a true and correct copy of Debtor's Supplemental Application for Compensation and Reimbursement of Expenses on the U.S. Trustee, Trustee and all creditors on matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Supplemental Application for Compensation and Reimbursement of Expenses.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297
Fax: (215) 639-1344
support@ymalaw.com