United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-18381-amc
Jo Ann T. Smith  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 25, 2024 | Form ID: 138OBJ | Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jo Ann T. Smith, 326 Tall Meadow Lane, Morrisville, PA 19067-6402 |
| 13845292 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13832235 | + | One Main Financial, Levittown Town Center, 187 Kenwood Drive N., Ste. C, Levittown, PA 19055-2460 |
| 13918931 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14589096 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14125541 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 25 2024 23:53:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13858459 | | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 23:58:47 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13895818 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:53:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14599238 | ^ | MEBN | Jul 25 2024 23:48:40 | CSMC 2021-RPL1 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14588895 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 25 2024 23:54:00 | CSMC 2021-RPL1 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13832230 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 23:58:47 | Chase Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 13832231 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 00:25:03 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 13881423 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2024 23:53:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13832233 | | Email/PDF: pa_dc_claims@navient.com | Jul 25 2024 23:58:16 | Navient, Attn: Correspondence, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13832232 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 26 2024 00:24:50 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 13874287 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 25 2024 23:58:48 | Navient Solutions Inc., Department of Education |

Case 16-18381-amc   Doc 122   Filed 07/27/24   Entered 07/28/24 00:35:10   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 13832234 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 25 2024 23:54:00 | Navy FCU, 1 Security Place, Merrifield, VA 22116 |
| 13846166 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 25 2024 23:54:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 13841688 | + | Email/PDF: cbp@omf.com | Jul 25 2024 23:58:20 | ONEMAIN, 605 MUNN RD, FORT MILL, SC 29715-8421 |
| 13832236 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:58:16 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14215906 | + | Email/Text: bncmail@w-legal.com | Jul 25 2024 23:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13832237 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:58:28 | TJX Rewards, PO Box 530948, Atlanta, GA 30353-0948 |
| 13832238 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 25 2024 23:53:00 | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 13870334 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 23:58:46 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13832239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2024 23:58:12 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2021-RPL1 Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEEANE O. HUGGINS | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

      on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

OneMain Financial

      cbp@omf.com

PAUL H. YOUNG

      on behalf of Debtor Jo Ann T. Smith support@ymalaw.com
      ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
      ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)−doc 121 − 119

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jo Ann T. Smith )   Case No. 16−18381−amc
)
)
   Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 25, 2024                                                     For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court