**Fill in this information to identify the case:**

Debtor 1 <u>Jo Ann Smith</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Eastern District Of Pennsylvania</u>

Case number <u>16-18381</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change                                                    12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: CSMC 2021-RPL1 Trust         **Court claim no**. (if known): <u>7</u>

**Last four digits** of any number you use to identify the debtor's account:   5266

**Date of payment change:** <u>06/01/2023</u>
Must be at least 21 days after date of this notice

**New total payment:**   <u>$ 1642.71</u>
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>637.32</u>          **New escrow payment:** $<u>700.91</u>

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%         **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

---

Official Form 410S1              **Notice of Mortgage Payment Change**                 page 1

Debtor1 <u>Jo Ann           Smith       </u>  Case Number (*If known*):16-18381
     First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Michael P. Farrington           </u>   Date May 4, 2023
   Signature

Print:   <u>Michael    P.    Farrington</u>   Title <u>Attorney for Creditor</u>
    First Name   Middle Name   Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>   <u>Market Street, Suite 5000</u>
    Number   Street

<u>Philadelphia,</u>   <u>PA</u>   <u>19106</u>
  City   State   ZIP Code

Contact phone  (215) 627–1322   Email <u>mfarrington@kmllawgroup.com</u>