**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jo Ann T. Smith**<br>Debtor(s)<br><br>**CSMC 2021-RPL1 Trust**<br>Movant<br>vs.<br><br>**Jo Ann T. Smith**<br>Debtor(s)<br><br>**Kenneth E. West**,<br>Trustee | **BK NO. 16-18381 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-1** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 5, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jo Ann T. Smith
326 Tall Meadow Lane
Morrisville, PA 19067

Attorney for Debtor(s) (via ECF)
Young, Marr, Mallis & Deane, LLC
Paul H. Young
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 5, 2023

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
COMmfarrington@kmllawgroup.com